# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL R., | Case No. 24-CV-2529 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

The Court has received the May 15, 2025 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 17.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 17) is ACCEPTED;

2. Plaintiff's request for reversal and remand of the Commissioner's decision (ECF No. 13) is DENIED;

3. The Commissioner's request that the Court affirm the decision (ECF No. 15) is GRANTED; and

4. The Complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 4, 2025                                   BY THE COURT:

                                                      s/Nancy E. Brasel
                                                      Nancy E. Brasel
                                                      United States District Judge